UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA HARRIS, | ) |
| Plaintiff, | ) |
| | ) 1:11-cv-1081- SEB-MJD |
| vs. | ) |
| EQUABLE ASCENT FINANCIAL, LLC, et al., | ) |
| Defendants. | ) |

**ORDER**

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before November 15, 2011. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 09/21/2011

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Steven James Halbert
shalbertlaw@aol.com

David J. Philipps
PHILIPPS & PHILIPPS LTD
davephilipps@aol.com

Mary E. Philipps
PHILIPPS & PHILIPPS, LTD
mephilipps@aol.com

Michael S. Poncin
MOSS & BARNETT
poncinm@moss-barnett.com

John Karl Rossman
MOSS & BARNETT
rossmanj@moss-barnett.com