Acknowledged.
Date: 11/14/2011

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

*SARAH EVANS BARKER, JUDGE*
United States District Court
Southern District of Indiana

| | |
|---|---|
| Linda Harris, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  1:11-cv-1081-SEB-MJD |
| ) | |
| Equable Ascent Financial, LLC, a ) | |
| Delaware limited liability company, ) | |
| and Central Credit Services, Inc., a ) | |
| Florida corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendants, with prejudice.

Dated: November 9, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1